# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 22-03-H-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW PHILLIP HAMPER, | |
| Defendant. | |

The United States has filed a motion to dismiss the forfeiture allegations pending against defendant Hamper. The motion is unopposed. The Court finds there is good cause for the motion. Accordingly,

IT IS HEREBY ORDERED that the forfeiture allegations are DISMISSED.

DATED this 26th day of May 2023.

Brian Morris, Chief District Judge
United States District Court

1